# Court of Appeals
# of the State of Georgia

ATLANTA, February 20, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0229.  JERMAINE A. DAVIS v. THE STATE.**

Jermaine Davis seeks discretionary review of the trial court's order denying his motion to dismiss the charges pending against him based upon alleged violations of his constitutional speedy trial and due process rights.[1]  The Supreme Court of Georgia has ruled that to obtain immediate appellate review of such an order, a defendant must follow the interlocutory appeal procedures of OCGA § 5-6-34 (b). *Sosniak v. State*, 292 Ga. 35 (2) (734 SE2d 362) (2012); see also *Stevens v. State*, 292 Ga. 218 (734 SE2d 743) (2012).  Accordingly, Davis was required to follow the interlocutory application procedures set forth in OCGA § 5-6-34 (b), which include obtaining a certificate of immediate review from the trial court.  OCGA § 5-6-35, the discretionary appeal statute, does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b).  See *Bailey v. Bailey*, 266 Ga. 832 (471 SE2d 213) (1996).

---

[1] Because Davis has not included a copy of his motion with his application, the precise nature of his argument is not clear.

Davis's failure to comply with the interlocutory appeal procedures deprives us of jurisdiction over this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 02/20/2014*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*